1  **PANGELINAN_L.pet**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910
   TEL:  (671) 472-7332
6  FAX:  (671) 472-7215

7  Attorney's for United States of America

F I L E D
Clerk
District Court

JUN 2 0 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

8
9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE NORTHERN MARIANA ISLANDS

11  UNITED STATES OF AMERICA,          )    CRIMINAL CASE NO. 00-00032
                                       )
12              Plaintiff,             )
                                       )    PETITION TO TRANSFER
13        v.                           )    MISAPPLIED PAYMENT
                                       )    AND ORDER
14  LEO S. PANGELINAN,                 )
                                       )
15              Defendant.             )
    _____)

16

17                          <u>PETITION</u>

18       COMES NOW the United States of America, by and through its undersigned counsel, and

19  respectfully petitions this Court for the entry of an order transferring the misapplied payment in

20  the above entitled action and in support hereof, states as follows:

21       1.      On or about June 19, 2001, sentence was imposed by this Court against Defendant

22  LEO S. PANGELINAN (hereinafter referred to as "Defendant PANGELINAN").  Among other

23  things, a $400.00 special assessment was ordered.  See Attachment "A."

24  //

25  //

26  //

27

28

1    2.    Defendant PANGELINAN made payments through the Bureau of Prison's Inmate

2    Financial Responsibility Program (BOP IFRP).

3    3.    Between November 2001 and June 2002, Defendant PANGELINAN's BOP IFRP

4    payments were received monthly by the Court via U.S. Mail in the form of a U.S. Treasury

5    Check and a BOP IFRP monthly report which included all of the U.S. District Court for the

6    Northern Mariana Islands' defendants who participated in the BOP IFRP each month.

7    4.    In June 2002, U.S. Treasury Check number 222161952626 in the amount of

8    $228.64 was received by the Clerk's Office.  A facsimile copy of the BOP IFRP report for May

9    2002 stating the total amount of $228.64 was deducted from five (5) BOP IFRP participants was

10   also received.  See attachment "B."

11   5.    The Clerk's office issued manual receipts as follows:

12
| Receipt No. | Defendant | Court No. | Amount |
| --- | --- | --- | --- |
| 5454 | Jeronimo S. Ada | CR-99-00005 | $37.00 |
| 5455 | Jeffrey S. Basa | CR 99-00004 | $45.00* |
| 5456 | Joaquin cangco | CR-00-00017 | $37.00 |
| 5457 | Leo Pangelinan | CR-00-00032 | $27.64* |
| 5458 | Thomas H. Ramangmau | CR-96-00021 | $82.00 |

16   for a total of $228.64.  See Attachment "C."

17   6.    Our office has obtained a clearer copy of the BOP IFRP report for May 2002

18   showing the following deductions:

19
| Debtor | Amount |
| --- | --- |
| Jeronimo S. Ada | $37.00 |
| Jeffrey S. Basa | $46.00* |
| Joquin Cangco | $37.00 |
| Leo Pangelinan | $26.64* |
| Thomas H. Ramangmau | $82.00 |

23   for a total of $228.64.  We have also verified with the Bureau of Prison, the deducted amount

24   from Jeffrey S. Basa BOP IFRP account for May 2002 was $46.00.  See Attachment "D and E."

25   //

26   //

27   //

28   *payment amounts differ

7.      Defendant PANGELINAN's BOP IFRP payment was an overage in the amount of $1.00 and BOP IFRP participant/defendant Jeffrey S. Basa's BOP IFRP payment was short by $1.00.

8.      Plaintiff respectfully requests that the amount of $1.00 paid by BOP IFRP participant Jeffrey S. Basa and applied towards Defendant PANGELINAN's obligation be transferred and applied towards Jeffrey S. Basa's restitution obligation in U.S. vs. Jeffrey S. Basa, Criminal Case No. 99-00046 that is due and owing.

DATED this _16th_ day of _June_____, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney


**O R D E R**

SO ORDERED AND APPROVED this __20th__ day of _June_____, 2006.


_____
ALEX R. MUNSON
Chief Judge
District Court for the Northern
    Mariana Islands

# United States District Court

## District of the Northern Mariana Islands

UNITED STATES OF AMERICA

v.

### LEO SABLAN PANGELINAN

**AMENDED JUDGMENT IN A CRIMINAL CASE**

(For Offenses Committed On or After November 1, 1987)

Case Number: 1:00CR00032-001

Original Filed
on this date
'JUN 19 2001

Clerk
for the Northern District Court
of the Northern Mariana Islands

**Date of Original Judgment:** 06/19/2001
*(or Date of Last Amended Judgment)*

**Joseph Arriola, Esq.**
Defendant's Attorney

### Reason for Amendment:

- [ ] Correction of Sentence on Remand (Fed. R. Crim. P. 35(a))
- [ ] Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
- [ ] Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(c))
- [x] Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36))

- [ ] Modification of Supervision Conditions (18 U.S.C. § 3563(c) or 3583(e))
- [ ] Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
- [ ] Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
- [ ] Direct Motion to District Court Pursuant to ☐ 18 U.S.C. § 3559(c)(7), or    ☐ 28 U.S.C. § 2255, Modification of Restitution Order

## THE DEFENDANT:

- [ ] pleaded guilty to count(s) _____
- [ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.
- [x] was found guilty on count(s)   **I, II, III and IV** after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| * 21 U.S.C. ' 846 | Conspiracy to Possess with Intent to Distribute and Distribution of Methamphetamine | 10/13/2000 | I |
| * 21 U.S.C. ' 841 (a)(1) | Distribution of Methamphetamine | 10/13/2000 | II, III |
| 21 U.S.C. ' 841 (a)(1) | Possession with Intent to Distribute and Distribution of Methamphetamine | 10/13/2000 | IV |
| * 18 U.S.C. ' 2 | Aiding and Abetting | 10/31/2000 | II,III & IV |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s) _____
- [ ] Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: ████-9678

Defendant's Date of Birth: ██/██/1953

Defendant's USM No.: * 00018-005

Defendant's Residence Address:

**Department of Corrections**

**Saipan**         **MP**      **96950**

Defendant's Mailing Address:

**Box** ████

**Saipan**         **MP**      **96950**

06/19/2001

Date of Imposition of Judgment

*Signature of Judicial Officer*

**Honorable Alex R. Munson**

**Chief Judge**

Name & Title of Judicial Officer

June 19, 2001

Date

EXHIBIT
A

DEFENDANT:   **LEO SABLAN PANGELINAN**
CASE NUMBER:   **1:00CR00032-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _____ **151   month(s)** _____ .

**as to Count I; 151 months imprisonment as to Count II; 151 months imprisonment as to Count III and 151 months imprisonment as to count IV with credit for time served. All sentences to be served concurrently.**

☒ The court makes the following recommendations to the Bureau of Prisons:

   **The defendant shall participate in a substance abuse program approved by the Bureau of Prisons.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ a.m./p.m.  on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                          _____
                                                   UNITED STATES MARSHAL

                                          By _____
                                                        Deputy U.S. Marshal

DEFENDANT:      **LEO SABLAN PANGELINAN**

CASE NUMBER:    **1:00CR00032-001**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of        **5**    **year(s)** .

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐   The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒   The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below) . The defendant shall also comply with the additional conditions on the attached page (if indicated below).

See Special Conditions of Supervision - Sheet    3.01

# STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;
2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)   the defendant shall support his or her dependents and meet other family responsibilities;
5)   the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or    other acceptable reasons;
6)   the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7)   the defendant shall refrain from excessive use of alcohol;
8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)   the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:    **LEO SABLAN PANGELINAN**

CASE NUMBER:    **1:00CR00032-001**

# SPECIAL CONDITIONS OF SUPERVISION

1. That the defendant shall obey all federal, state and local laws;

2. That the defendant shall comply with the standard conditions of supervised release as set forth by the U.S. Probation Office;

3. That the defendant shall not possess a firearm or other dangerous weapon or have at his place of residence;

4. That the defendant shall not use or possess illegal controlled substances and shall submit to one urinalysis within 15 days after release from imprisonment and to 2 more urinalysis thereafter;

5. That the defendant shall participate in a program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse. It is further ordered that the defendant make a co-payment for treatment at a rate to be determined by the U.S. Probation Office;

6. That the defendant shall refrain from the use of alcohol;

7. That the defendant shall maintain gainful employment; and

8. That the defendant shall perform 400 hours of community service under the direction of the U.S. Probation Office.

DEFENDANT: **LEO SABLAN PANGELINAN**

CASE NUMBER: **1:00CR00032-001**

Judgment—Page __4__ of __6__

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals:** | $      400.00 | $ | $ |

☐ If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . .    $ _____

# FINE

The above fine includes costs of incarceration and/or supervision in the amount of      $_____

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ The interest requirement is waived.

    ☐ The interest requirement is modified as follows:

# RESTITUTION

☐ The determination of restitution is deferred in a case brought under Chapters 109A, 110, 110A and 113A of Title 18 for offenses committed on or after 09/13/1994, until _____ . An Amended Judgment in a Criminal Case will be entered after such determination.

☐ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| **Name of Payee** | **** Total Amount of Loss** | **Amount of Restitution Ordered** | **Priority Order or Percentage of Payment** |
|---|---|---|---|
|  |  |  |  |

|  | **Totals:** | $_____ | $_____ |  |

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994.

DEFENDANT:        **LEO SABLAN PANGELINAN**

CASE NUMBER:      **1:00CR00032-001**

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A   ☒   in full immediately; or

B   ☐   $ _____ immediately, balance due (in accordance with C, D, or E); or

C   ☐   not later than _____ ; or

D   ☐   in installments to commence _____ day(s) after the date of this judgment.  In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E   ☐   in _____ *(e.g. equal, weekly, monthly, quarterly)* installments of $ _____ over a period of _____ year(s) to commence _____ day(s) after the date of this judgment.

The National Fine Center will credit the defendant for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment.  All criminal monetary penalty payments are to be made to the United States Courts National Fine Center, Administrative Office of the United States Courts, Washington, DC  20544, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.  If the National Fine Center is not operating in this district, all criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney.

AO 245C (Rev. 3/95) Amended Judgment in a Criminal Case. Sheet 6  Statement of Reasons                    Judgment—Page 6 of 6

Case 1:00-cr-00032   Document 65   Filed 06/20/2006   Page 10 of 18

DEFENDANT:      **LEO SABLAN PANGELINAN**
CASE NUMBER:    **1:00CR00032-001**

# STATEMENT OF REASONS

☒ The court adopts the factual findings and guideline application in the presentence report.

## OR

☐ The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

### Guideline Range Determined by the Court:

Total Offense Level:  ____32____

Criminal History Category:  ____II____

Imprisonment Range:  __121__ to __151__ months

Supervised Release Range:  __3__ to __5__ years

Fine Range:  $ __17,500.00__ to $ __4,000,000.00__

   ☒ Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution:  $ _____

   ☐ Restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. § 3663(d).

   ☐ For offenses that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of payments.

   ☐ Partial restitution is ordered for the following reason(s):

☐ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

## OR

☒ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

## OR

☐ The sentence departs from the guideline range:

   ☐ upon motion of the government, as a result of defendant's substantial assistance.

   ☐ for the following specific reason(s):

PAGE   1

(PMBOFR01)

FMIS DEBT MANAGEMENT MODULE
BOP INMATE OFFSET PROGRAM
MONTHLY PAYMENT REPORT BY COLLECTION OFFICE
AS OF 05/24/02 AT 13.17.41
FROM 20020501 TO 20020531

COLLECTION OFFICE CODE: NMI
COLLECTION OFFICE NAME: US ATTORNEY NORTH MARIANA ISLANDS

II-CLERK OF COURT PAYMENTS

| DEAD NUMBER | NAME OF DEBTOR | PAYMENT DATE | PAYMENT AMOUNT | DEPOSIT-NO | BOP INMATE REG. NO. | DOCKET/ COURT-NO | AGENCY CODE | COA CODE | INSTITUTION NAME |
|---|---|---|---|---|---|---|---|---|---|
| | ADA, JERONIMO SABLAN | 2002/05/06 | $37.00 | 148 02-082 | 00319-005 | 199CR00051001 | XXXX | XKPA | FCI, TERMINAL |
| | BASA, JEFFREY SABLAN | 2002/05/02 | $45.00 | 150 02-082 | 00314-005 | 199CR00045001 | XXXX | XRNF | FCI, FLORENCE |
| | CANOCO, JOAQUIN DELA | 2002/05/06 | $37.00 | 230 02-082 | 29742-086 | 100CR00017001 | XXXX | XRNF | FCI, SHERIDAN |
| | PANGELINAN, LEO SAEL | 2002/05/13 | $26.64 | 159 02-081 | 00318-005 | 100CR00032001 | XXXX | XCVF | FCI, SAFFORD |
| | PARKINSON, THOMAS H | 2002/05/10 | $82.00 | 442 02-082 | 00127-005 | 196CR00021001 | XXXX | XRNF | FCI, BECKLEY |
| TOTAL FOR CLERK | | 5 | $228.64 | | | | | | |
| TOTAL FOR NMI | | 5 | $228.64 | | | | | | |



EXHIBIT
B

JUN. -05' 02 (WED) 14:06    DEBT ACCT OPER GROUP    TEL:202 307 0098    P. 002

**DUPLICATE**

AO 82
(Rev. 08/01)

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF THE NORTHERN MARIANA ISLANDS**

5454

RECEIVED FROM:

Ada, Jeronimo S.
P.O. Box 2363
Saipan, MP 96950

CASE NUMBER OR OTHER REFERENCE
CR-99-00051

| ACCOUNT | AMOUNT |
|---|---|
| 6855XX | 37 00 |
| | |
| | |
| | |
| | |
| **TOTAL** | 37 00 |

FUND
6855___*    Deposit Funds
          Registry Funds
086900    Filing Fees
322350    Copy Fees
322360    Miscellaneous Fees
092037    Noticing Fees
143500    Interest Deposits to U.S.
323800    Recovery – Court Costs
504100    Crime Victims Fund
507310    U.S. Trustee System Fund
106000    Forfeitures of Unclaimed Monies
* Last two digits same as last two digits of DO symbol

*Check and drafts are accepted subject to collection
and full credit will only be given when the check or
draft has been accepted by the financial instituion
on which it was drawn.*

| DATE | CASH | CHECK | M.O. | CREDIT | DEPUTY CLERK |
|---|---|---|---|---|---|
| 6/14/02 | | ✓ | | | MtCn |

2221 619 52626


EXHIBIT
C
tabbies

AO 82
(Rev. 08/01)

**DUPLICATE**

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
DISTRICT OF THE NORTHERN MARIANA ISLANDS

**5455**

RECEIVED FROM:

Basa, Jeffrey
BOP

CASE NUMBER OR OTHER REFERENCE

CR-00-00046-001

| FUND | | ACCOUNT | AMOUNT |
|------|--|---------|--------|
| 6855___ * | Deposit Funds | 6855XX | 45 00 |
| | Registry Funds | | |
| 086900 | Filing Fees | | |
| 322350 | Copy Fees | | |
| 322360 | Miscellaneous Fees | | |
| 092037 | Noticing Fees | | |
| 143500 | Interest Deposits to U.S. | | |
| 323800 | Recovery – Court Costs | | |
| 504100 | Crime Victims Fund | | |
| 507310 | U.S. Trustee System Fund | TOTAL | 45 00 |
| 106000 | Forfeitures of Unclaimed Monies | | |

* Last two digits same as last two digits of DO symbol

Rest

*Check and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.*

| DATE | CASH | CHECK | M.O. | CREDIT | DEPUTY CLERK |
|------|------|-------|------|--------|--------------|
| 6/14/04 | | ✓ | | | NEW |

2281  61952626

**DUPLICATE**

AO 82
(Rev. 08/01)

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
DISTRICT OF THE NORTHERN MARIANA ISLANDS

**5456**

RECEIVED FROM:

Canoco, Joaquin
P.O. Box 503193
Saipan, MP 96950

| CASE NUMBER OR OTHER REFERENCE  CR-00-00017-01 | ACCOUNT | AMOUNT |
|---|---|---|
| **FUNDS** | 6855XX | 37 00 |
| 6855        Deposit Funds | | |
|             Registry Funds | | |
| 086900      Filing Fees | | |
| 322350      Copy Fees | | |
| 322360      Miscellaneous Fees | | |
| 092037      Noticing Fees | | |
| 143500      Interest Deposits to U.S. | | |
| 323800      Recovery – Court Costs | **TOTAL** | 37 00 |
| 504100      Crime Victims Fund | | |
| 507310      U.S. Trustee System Fund | | |
| 106000      Forfeitures of Unclaimed Monies | | |

\* Last two digits same as last two digits of DO symbol

*Check and drafts are accepted subject to collection
and full credit will only be given when the check or
draft has been accepted by the financial institution
on which it was drawn.*

| DATE 6/14/02 | CASH | CHECK ✓ | M.O. | CREDIT | DEPUTY CLERK |
|---|---|---|---|---|---|

2221 61932626

DUPLICATE

AO 82
(Rev. 08/01)

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF THE NORTHERN MARIANA ISLANDS**

5457

RECEIVED FROM:

Pangelinan, Leo

P.O. Box 50072

Saipan, MP 96950

CASE NUMBER OR OTHER REFERENCE
CR-00-00032-001

| FUND | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855___ * | Deposit Funds | 504100 | 27 64 |
| | Registry Funds | | |
| 086900 | Filing Fees | | |
| 322350 | Copy Fees | | |
| 322360 | Miscellaneous Fees | | |
| 092037 | Noticing Fees | | |
| 143500 | Interest Deposits to U.S. | | 27 64 |
| 323800 | Recovery – Court Costs | | |
| 504100 | Crime Victims Fund | | |
| 507310 | U.S. Trustee System Fund | | |
| 106000 | Forfeitures of Unclaimed Monies | TOTAL | 27 64 |

* Last two digits same as last two digits of DO symbol

Assessment Fee

*Check and drafts are accepted subject to collection
and full credit will only be given when the check or
draft has been accepted by the financial institution
on which it was drawn.*

DEPUTY CLERK    MTCN

| DATE | CASH | CHECK | M.O. | CREDIT |
|---|---|---|---|---|
| 6 4 02 | | ✓ | | |

2221 61952626

DUPLICATE

AO 82
(Rev. 08/01)

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF THE NORTHERN MARIANA ISLANDS**

5458

RECEIVED FROM:

Rangamau, Thomas H.
P.O. Box 437
Saipan, MP 96950

CASE NUMBER OR OTHER REFERENCE

CR-96-0041

| FUND | | ACCOUNT | AMOUNT | |
|---|---|---|---|---|
| 6855___ * | Deposit Funds | 6855X | 82 | CC |
| | Registry Funds | | | |
| 086900 | Filing Fees | | | |
| 322350 | Copy Fees | | | |
| 322360 | Miscellaneous Fees | | | |
| 092037 | Noticing Fees | | | |
| 143500 | Interest Deposits to U.S. | | | |
| 323800 | Recovery – Court Costs | | | |
| 504100 | Crime Victims Fund | TOTAL | 82 | CC |
| 507310 | U.S. Trustee System Fund | | | |
| 106000 | Forfeitures of Unclaimed Monies | | | |

* Last two digits same as last two digits of DO symbol

Res.

*Check and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.*

| DATE | CASH | CHECK | M.O. | CREDIT | DEPUTY CLERK |
|---|---|---|---|---|---|
| 6/14/12 | | ✓ | | | Mteru |

2221 6195 2626

PAGE    1

(DMBOPR01)                              FMIS DEBT MANAGEMENT MODULE
                                          BOP INMATE OFFSET PROGRAM
                                 MONTHLY PAYMENT REPORT BY COLLECTION OFFICE
                                        AS OF 04/13/06 AT 22.13.46
                                         FROM 20020501 TO 20020531


   COLLECTION OFFICE CODE: NMI
   COLLECTION OFFICE NAME: USATTORNEY NORTHERN MARIANA ISLANDS

    -CLERK OF COURT PAYMENTS

| HEAD NUMBER | NAME OF DEBTOR | PAYMENT DATE | PAYMENT AMOUNT: | DEPOSIT-NO | BOP INMATE REG. NO. | DOCKET/ COURT-NO | AGENCY CODE | COA CODE | INSTITUTION NAME |
|------|----------------|---------|---------|-----|---------|---------|------|------|------|
| | ADA, JERONIMO SABLAN | 2002/05/06 | $37.00 | 148 02-082 | 00319-005 | 199CR00051001 | XXXX | XRFA | FCI, TERMINAL I |
| | BASA, JEFFREY SABLAN | 2002/05/02 | $46.00 | 430 02-082 | 00314-005 | 199CR00046001 | XXXX | XRNF | FCI, FLORENCE |
| | CANGCO, JOAQUIN DELA | 2002/05/06 | $37.00 | 230 02-082 | 29742-086 | 100CR00017001 | XXXX | XRNF | FCI, SHERIDAN |
| | PANGELINAN, LEO SABL | 2002/05/13 | $26.64 | 159 02-081 | 00018-005 | 100CR00032001 | XXXX | XCVF | FCI, SAFFORD |
| | RAMANGMAU, THOMAS H | 2002/05/10 | $82.00 | 442 02-082 | 00137-005 | 196CR00021001 | XXXX | XRNF | FCI, BECKLEY |

TOTAL FOR CLERK          5                  $228.64


TOTAL FOR NMI            5                  $228.64

EXHIBIT
D

```
  FLFDC          *      INMATE FINANCIAL RESPONSIBILITY      *    05-31-2006
  PAGE 003 OF 003 *    DISPLAY INMT FINANCIAL OBLG ADJUSTMENTS *    07:00:27

REGNO: 00314-005  OBLG NO: ALL     NO. ADJ TO VIEW: ALL     FUNC: DSS
NAME.: BASA, JEFFREY SABLAN              TYPE OBLG: RESTITUTION NON-FED VICTIM U
OBLG STATUS.: AGREED        OBLG BAL..: 6144.54          OBLG NO: 2
DATE ADDED FCL   ADJ TYPE    ADJ REASON           ADJ AMT   DEP NO.  DETAIL
01-07-2003 FLF   PAYMENT     INSIDE PMT            58.40     3042       N
12-05-2002 FLF   PAYMENT     INSIDE PMT            58.84     3032       N
11-06-2002 FLF   PAYMENT     INSIDE PMT            59.77     3022       N
10-08-2002 FLF   PAYMENT     INSIDE PMT            39.00     3012       N
09-05-2002 FLF   PAYMENT     INSIDE PMT            62.00     2122       N
08-02-2002 FLF   PAYMENT     INSIDE PMT            25.00     2112       N
06-06-2002 FLF   PAYMENT     INSIDE PMT            40.00     2092       N
05-03-2002 FLF   PAYMENT     INSIDE PMT            46.00     2082       N
04-03-2002 FLF   PAYMENT     INSIDE PMT            31.00     2072       N
03-05-2002 FLF   PAYMENT     INSIDE PMT            34.00     2062       N
02-05-2002 FLF   PAYMENT     INSIDE PMT            56.00     2052       N
01-03-2002 FLF   PAYMENT     INSIDE PMT            66.00     2042       N
12-04-2001 FLF   PAYMENT     INSIDE PMT            42.00     2032       N
11-03-2001 FLF   PAYMENT     INSIDE PMT            43.00     2022       N
10-03-2001 FLF   PAYMENT     INSIDE PMT            19.00     2012       N

G0005          TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

AUTHORIZED BY THE ACT OF JULY 27,
1955, TO ADMINISTER OATHS (18 U.S.C. 4004)



EXHIBIT
E